# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| J.A. and M.A. o/b/o G.A., | Case No. 4:23-cv-13106-FKB-CI |
| Plaintiffs, | Hon. F. Kay Behm<br>Magistrate Curtis Ivy, Jr. |
| v. | |
| Royal Oak School District, | |
| Defendant. | |

_____/

| | |
|---|---|
| Ashley B. Jacobson (P83481) | Michele R. Eaddy (P41871) |
| **Jacobson Law & Advocacy, PLLC** | Erin H. Walz (P55484) |
| 455 E. Eisenhower Pkwy Ste. 300 | **Thrun Law Firm, P.C.** |
| Ann Arbor, MI 48108 | *Attorneys for Defendant* |
| (248) 878-6940 | 2900 West Road, Suite 400 |
| Ashley@JLAPLLC.com | P.O. Box 2575 |
| *Attorney for Plaintiffs* | East Lansing, MI 48826-2575 |
| | (517) 484-8000 |
| | meaddy@thrunlaw.com |
| | ewalz@thrunlaw.com |

_____/

**STIPULATION EXTENDNG THE
DEADLINE TO FILE APPEAL BRIEF**

NOW COME the above-named parties, by and through their attorneys, and hereby stipulate and agree to extend the filing deadline for the Appeal Brief by one week due to Plaintff's attorney being admitted into the hospital.

Respectfully submitted,

JACOBSON LAW & ADVOCACY, PLLC

/s/ Ashley B. Jacobson
Ashley B. Jacobson (P83481)
Attorney for Plaintiffs
455 E. Eisenhower Pkwy Ste. 300
Ann Arbor, MI 48108
(248) 878-6940
Ashley@JLAPLLC.com

THRUN LAW FIRM, P.C.

/s/ Erin H. Walz
Erin H. Walz (P55484)
Attorneys for Defendant
2900 West Road, P.O. Box 2575
East Lansing, Michigan 48826-2575
ewalz@thrunlaw.com

Dated: October 1, 2024

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J.A. and M.A. o/b/o G.A.,  Case No. 4:23-cv-13106-FKB-CI

    Plaintiffs,  Hon. F. Kay Behm
                                                    Magistrate Curtis Ivy, Jr.

v.

Royal Oak School District,

    Defendant.
_____/

## **ORDER EXTENDING THE DEADLINE TO FILE APPEAL BRIEF**

Upon reading and filing the Stipulation Extending the Deadline to File Appeal Brief between the parties and the Court being fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that the Deadline to File the Appeal Brief is extended to October 8, 2024.

SO ORDERED.

Dated:  October 1, 2024          s/F. Kay Behm
                                            F. Kay Behm
                                            United States District Court Judge